# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL PRICE, et al.,<br>        Plaintiffs,<br><br>            v.<br><br>OSCAR BAUTISTA, etc., et al.,<br>        Defendants, | ED CV 22-2152 DSF (KKx)<br><br>ORDER TO SHOW CAUSE RE<br>DISMISSAL FOR LACK OF<br>PROSECUTION AND FAILURE<br>TO FOLLOW COURT ORDERS |

On December 20, 2022, this Court issued its Order Setting Scheduling Conference. Pursuant to the Order, and to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rules 16 and 26, the scheduling conference was set for Monday, February 6, 2023, at 11:00 a.m. and counsel were to confer and to file with the Court, no later than seven days before the scheduling conference, a Joint Rule 26(f) Report. No Report has been filed. Defendants have filed a statement describing several failed attempts to communicate with Plaintiffs' counsel to schedule the required conference.

The date previously set for the scheduling conference is vacated. Plaintiffs are ordered to show cause in writing no later than February 21, 2023, why this action should not be dismissed, and why sanctions should not be imposed pursuant to Local Rule 83-7, for Plaintiffs' failure to prosecute this action and failure to comply with the Court's order and the Federal Rules of Civil Procedure. A hearing on this Order to Show Cause is set for February 27, 2023, at 11:00 a.m.

The filing of a Joint Rule 26(f) Report no later than February 21, 2023, and attendance of Plaintiffs' lead counsel at the Order to Show Cause hearing, shall be deemed a sufficient response to this Order to Show Cause.

If Plaintiffs' counsel timely files a Joint 26(f) Report, a scheduling conference will be held in lieu of the hearing on the Order to Show Cause. Counsel are reminded that paper Chambers copies must be delivered pursuant to this Court's General Orders and the Local Rules.  Counsel are further reminded to review carefully the General Orders and Local Rules for this district and all of this Court's standing orders.

If no response is filed or Plaintiffs' counsel fails to appear, this action will be dismissed.

IT IS SO ORDERED.

Date: February 1, 2023

Dale S. Fischer
United States District Judge