JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PRICE, et al.,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>OSCAR BAUTISTA, etc., et al.,<br>　　　　Defendants. | CV 22-2152 DSF (KKx)<br><br>JUDGMENT |

　　The Court having issued an Order to Show Cause re Dismissal for Lack of Prosecution and Failure to Follow Court Orders and no cause having been shown,

　　IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: February 24, 2023

　　　　　　　　　　　　　　　　　　/s/ Dale S. Fischer
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge